IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br><br> Jointly Administered |
| W.R. GRACE & CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET CHAKARIAN, et al., and JOHN DOES 1-1000, <br><br> Defendants. | Adversary No. A-01-771 <br><br> **Ref. No. 466** |

## NOTICE OF APPEAL

Claimants injured by exposure to asbestos from Grace's operations in Lincoln County, Montana[1] (the "Libby Claimants"), pursuant to 28 U.S.C. § 1292(a)(1), Fed. R. Bankr. P. 8002, and Del.Bankr.LR 8001-1, hereby appeal from the order enjoining the Libby Claimants from prosecuting their tort claims against the State of Montana and BNSF Railway Company and its predecessors, the Great Northern Railway Company, the Burlington Northern Railway Company, and the Burlington Northern & Santa Fe Railway Company, by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, entered on August 29, 2007, (the "Order").

---

[1] As identified in the Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Main Case Docket No. 15692] filed in this case, as it may be amended and restated from time to time.

393.001-17742

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel of Record** |
|---|---|
| W.R. Grace & Co. | David M. Bernick, Esq.<br>Janet S. Baer, Esq.<br>Lori Sinanyan, Esq.<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000<br><br>Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899<br>Telephone: (302) 652-4100 |
| State of Montana | Francis A. Monaco, Jr., Esq.<br>Kevin J. Mangan, Esq.<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: (302) 252-4361 |
| BNSF Railway Company | Evelyn J. Meltzer, Esq.<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br><br>Edward C. Toole, Jr., Esq.<br>Anne Marie Aaronson, Esq.<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000 |

393.001-17742

| | |
|---|---|
| Official Committee of Asbestos Personal Injury Claimants | Marla Rosoff Eskin, Esq.<br>Mark T. Hurford, Esq.<br>CAMPBELL & LEVINE, LLC<br>800 King Street, 3rd Floor<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br><br>Elihu Inselbuch, Esq.<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY 10152<br>Telephone: (212) 319-7125<br><br>Peter Van N. Lockwood, Esq.<br>Nathan D. Finch, Esq.<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000 |
| Dated: August 30, 2007<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>_/s/ Kerri Mumford_<br>Adam G. Landis (No. 3407)<br>Kerri Mumford (No. 4186)<br>919 Market Street, Suite 600<br>P.O. Box 2087<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>- and -<br><br>Daniel C. Cohn<br>Christopher M. Candon<br>**COHN & WHITESELL LLP**<br>101 Arch Street<br>Boston, MA 02110<br>Telephone: (617) 951-2505<br>Facsimile: (617) 951-0679<br><br>*Counsel to the Libby Claimants* |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | Adversary No. A-01-771 |
| -against- | ) | |
| | ) | Re: Docket Nos. 398, 426, 427 |
| | ) | 453, 458, 459 and 461 |
| MARGARET CHAKARIAN, et al; | ) | |
| ET AL., AND JOHN DOES 1-1000, | ) | Hearing Date: July 23, 2007 |
| | ) | Agenda Item Nos. 10-11 |
| Defendants. | ) | |
| _____ | ) | |

**AMENDED ORDER REGARDING MOTIONS
TO EXPAND THE PRELIMINARY INJUNCTION**

Upon consideration of (i) Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Docket No. 398]; (ii) Debtors' Motion to Alter and Amend the Court's Order Denying its Request to Expand the Preliminary Injunction to Include Actions Against the State of Montana [Docket No.. 427]; (iii) the State of Montana's Motion for Reconsideration of Court's Order Denying Debtors' Motion for Expansion of Preliminary Injunction Entered April 16, 2007

K&E 12000496.2

[Docket No. 426] (collectively "the Injunction Motions"); and (a) the Motion of the Official Committee of Asbestos Personal Injury Claimants to Alter and Amend the Court's Stay Order [Docket No. 458]; (b) the Libby Claimants Motion to Alter and Amend the Court's Stay Order [Docket No. 459]; and (c) BNSF Railway Company's Joinder in the Libby Claimants' Motion [Docket No. 461] (collectively, the "Motions to Amend"); and due and proper notice of the Injunction Motions and the Motions to Amend having been given; the Court having considered the briefs filed and hearing the arguments of counsel; and being otherwise fully advised in the premises, it is hereby

ORDERED that the Injunction Motions are taken under advisement; and it is further

ORDERED that pending the Court's ruling on the Injunction Motions, all actions commenced against the State of Montana and/or BNSF that arise out of alleged exposure to asbestos indirectly or directly caused by the Debtors (the "Montana Actions"), shall be temporarily stayed pending the Court's ruling on the Injunction Motions; and it is further

ORDERED that notwithstanding this temporary stay, BNSF and the Libby Claimants are not stayed from seeking the

dismissal or termination of any of the Montana Actions which the parties agree or have agreed to settle; and it is further

ORDERED that this Order shall supersede and replace this Court's Modified Order Regarding the Debtors Motion to Expand the Preliminary Injunction to Include Actions against BNSF entered on June 6, 2007 (Docket No. 453).

Dated: August **29**, 2007

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3

K&E 12000496.2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: _____    ○ BK    ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
_____
       Docket Number: _____          Date Entered: _____

Item Transmitted:    ○ Notice of Appeal              ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal     ○ Cross Appeal
               Docket Number: _____          Date Filed: _____

*Appellant/Cross Appellant:                    *Appellee/Cross Appellee
_____    _____

Counsel for Appellant:                          Counsel for Appellee:
_____    _____
_____    _____
_____    _____
_____    _____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?    ○ Yes    ○ No

IFP Motion Filed by Appellant?    ○ Yes    ○ No

Have Additional Appeals to the Same Order been Filed?    ○ Yes    ○ No
   If so, has District Court assigned a Civil Action Number?    ○ Yes  ○ No    Civil Action # _____

Additional Notes:
_____

_____                    By: _____
Date                                                                          Deputy Clerk

_____
                                                              FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: _____
7/6/06