IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | Adversary No. A-01-771 |
| MARGARET CHAKARIAN, et al., | ) | |
| AND JOHN DOES 1-1000 | ) | |
| | ) | Related Docket Nos. 466, 467, 469 |
| Defendants. | ) | |

**DEBTORS' DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") designate the following additional items to be included in the record on appeal of the Libby Claimants[1] to the United States District Court for the District of Delaware from the Amended Order Regarding Motions to Expand Preliminary Injunctions [Docket No. 466] (the "Stay Order") entered by the United States Bankruptcy Court for the District of Delaware on August 29, 2007:

---

[1] The "Libby Claimants" are identified in the Notice of Appeal [Docket No. 467] and the Libby Claimants' Designation of Record and Statement of Issues on Appeal [Docket No. 469].

| | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE Case No. 01-01139 | | |
|---|---|---|---|
| Item | Filing Date | Docket No. | Description |
| 1 | 06/29/2005 | 8747 | Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay |
| 2 | 4/09/2007 | 15117 | Transcript of April 2, 2007 Hearing |

| | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE Adversary No. A-01-771 | | |
|---|---|---|---|
| Item | Filing Date | Docket No. | Description |
| 3 | 06/20/2002 | 109 | Order Denying Carol Gerard's Motion to Clarify the Scope of the Preliminary Injunction or In the Alternative, to Modify the Preliminary Injunction |
| 4 | 09/12/2002 | 133 | Order Denying Carol Gerard's Motion to Reconsider the Court's Order Denying Motion to Clarify the Scope of the Preliminary Injunction or In the Alternative, to Modify the Preliminary Injunction |
| 5 | 12/03/2002 | 146 | Order Denying Carol Gerard's Motion for Reconsideration of Order Dated June 20, 2002 |
| 6 | 6/04/2007 | 451 | Amended Objection of Maryland Casualty Company to Certification of Counsel Submitted by BNSF Relating to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 7 | 6/05/2007 | 452 | Joinder of Royal Indemnity Company to Amended Objection of Maryland Casualty Company to Certification of Counsel Submitted by BNSF Relating to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 8 | 6/06/2007 | 455 | Joinder of Continental Casualty Company to Amended Objection of Maryland Casualty Company to Certification of Counsel Submitted by BNSF Relating to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |

| | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE Civil Action No. 06-26 | | |
|---|---|---|---|
| Item | Filing Date | Docket No. | Description |
| 9 | 9/17/2007 | 27 | Transcript of April 25, 2006 Hearing |

Dated: September 20, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

- and -

PACHULSKI, STANG, ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

3