IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| W.R. GRACE & CO., *et al.*, | |
| Plaintiffs, | Adversary No. A-01-771 |
| v. | |
| | **Ref. No. 467** |
| MARGARET CHAKARIAN, *et al.*, and JOHN DOES 1-1000, | |
| Defendants. | |

## LIBBY CLAIMANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Claimants injured by exposure to asbestos from Grace's operations in Lincoln County, Montana[1] (the "Libby Claimants"), pursuant to Fed. R. Bankr. P. 8006, designate the following items to be included in the record on appeal and submit the following statement of the issues to be presented in connection with the Libby Claimants' appeal from the order enjoining them from prosecuting their tort claims against the State of Montana and BNSF Railway Company and its predecessors, the Great Northern Railway Company, the Burlington Northern Railway Company, and the Burlington Northern & Santa Fe Railway Company, entered on August 29, 2007 [Docket No. 466].

---

[1] As identified in the Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Main Case Docket No. 15692] filed in this case, as it may be amended and restated from time to time.

393.001-17839

I.  DESIGNATION OF RECORD

The Libby Claimants hereby designate the following items to be included in the record on appeal:

| | | | |
|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE** | | | |
| Designated No. | Date of Filing | Docket No. | Description |
| 1 | 01/22/02 | Adv. Proc. 87 | Order Granting Modified Preliminary Injunction |
| 2 | 08/08/03 | Adv. Proc. 154 | Memorandum Opinion of District Court |
| 3 | 10/12/04 | Adv. Proc. 298 | Memorandum Opinion Regarding Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company |
| 4 | 10/12/04 | Adv. Proc. 299 | Order Granting Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company |
| 5 | 06/09/05 | Main Case 8582 | State of Montana's Motion for Relief from Stay |
| 6 | 06/28/05 | Main Case 8705 | Official Committee of Unsecured Creditors' Objection to the Motion of the State of Montana for Relief from Stay |
| 7 | 06/28/05 | Main Case 8707 | Official Committee of Asbestos Property Damage Claimants' Objection to the Motion of the State of Montana for Relief from Stay |
| 8 | 06/28/05 | Main Case 8708 | Debtors' Objection to the Motion of the State of Montana for Relief from Stay |
| 9 | 08/22/05 | Adv. Proc. 359 | Debtors' Motion to Expand their Preliminary Injunction to Include Actions Against the State of Montana |
| 10 | 08/22/05 | Adv. Proc. 360 | Debtors' Motion for Leave to Amend Complaint |
| 11 | 08/09/05 | Adv. Proc. 361 | Joinder of the Official Committee of Unsecured Creditors in Debtors' Motion to Expand their Preliminary Injunction to Include Actions Against the State of Montana |
| 12 | 10/05/05 | Adv. Proc. 362 | State of Montana's Response to Debtors' Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana |
| 13 | 10/07/05 | Adv. Proc. 363 | Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |

393.001-17839

| | | | |
|---|---|---|---|
| 14 | 10/07/05 | Adv. Proc. 364 | Limited Opposition of Libby Claimants to Debtors' Motion for Leave to Amend Complaint |
| 15 | 10/07/05 | Adv. Proc. 365 | Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 16 | 10/14/05 | Adv. Proc. 367 | Debtors' Motion for Leave to File a Reply in Further Support of their Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana |
| 17 | 10/17/05 | Adv. Proc. 368 | Certification of Counsel filed by Libby Claimants |
| 18 | 12/22/05 | Adv. Proc. 372 | Order Granting Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana |
| 19 | 12/29/05 | Adv. Proc. 373 | Libby Claimants' Notice of Appeal |
| 20 | 01/10/06 | Adv. Proc. 375 | Certification of Counsel on Order Regarding Debtors' Motion to Expand its Preliminary Injunction to Include Actions Against the State of Montana |
| 21 | 01/17/06 | Adv. Proc. 376 | Order Regarding Debtors' Motion to Expand its Preliminary Injunction to Include Actions Against the State of Montana |
| 22 | 01/18/06 | Adv. Proc. 377 | Libby Claimants' Designation of Record and Statement of Issues on Appeal |
| 23 | 01/19/06 | Adv. Proc. 378 | Libby Claimants' Amendment to Notice of Appeal |
| 24 | 01/30/06 | Adv. Proc. 380 | Counter-Designation of State of Montana of Items to be Included in the Record on Appeal and Statement of Issues to Be Presented on Appeal |
| 25 | 01/30/06 | Adv. Proc. 381 | Debtors' Designation of Additional Items to be Included in the Record on Appeal |
| 26 | 01/30/06 | Adv. Proc. 382 | Debtors' Counter-Statement of Issues on Appeal |
| 27 | 01/30/06 | Adv. Proc. 383 | Debtor's Motion to Dismiss Appeal |
| 28 | 01/31/06 | Adv. Proc. 384 | Joinder of the State of Montana in Debtors' Motion to Dismiss Appeal |
| 29 | 02/13/06 | Adv. Proc. 387 | District Court Order Denying Motion to Suspend Briefing |
| 30 | 02/15/07 | Adv. Proc. 389 | Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 31 | 02/28/07 | Adv. Proc. 390 | Libby Claimants' Statement Concerning Motion of BNSF Concerning Preliminary Injunction |

3

393.001-17839

| 32 | 03/16/07 | Adv. Proc. 391 | Continental Casualty Company's Objection to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
|---|---|---|---|
| 33 | 03/16/07 | Adv. Proc. 392 | Royal Indemnity Company's Objection to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 34 | 03/16/07 | Adv. Proc. 393 | Maryland Casualty Company's Objection to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 35 | 03/16/07 | Adv. Proc. 394 | Debtors' Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 36 | 03/16/07 | Adv. Proc. 395 | Debtors' Motion for Leave to Further Amend Complaint |
| 37 | 03/22/07 | Adv. Proc. 396 | Order regarding Debtors' Response and Cross-Motion |
| 38 | 03/26/07 | Adv. Proc. 397 | Royal Indemnity Company's Response to Debtors' Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 39 | 03/26/07 | Adv. Proc. 398 | Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 40 | 04/03/07 | Adv. Proc. 401 | Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 41 | 04/04/07 | Adv. Proc. 403 | Notice of Service of Discovery of Libby Claimants' Request for Production of Documents Propounded on Debtors, Continental Casualty Company, Maryland Casualty Company and Royal Indemnity Company |
| 42 | 04/05/07 | Adv. Proc. 404 | Emergency Motion of Libby Claimants for Expedited Discovery |
| 43 | 04/06/07 | Adv. Proc. 405 | Objection of Continental Casualty Company to Emergency Motion of Libby Claimants for Expedited Discovery |
| 44 | 04/09/07 | Adv. Proc. 406 | Debtors' Objection to the Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |

393.001-17839

| | | | |
|---|---|---|---|
| 45 | 04/10/07 | Adv. Proc. 407 | Joinder and Response of the Official Committee of Asbestos Personal Injury Claimants to the (I) Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF and (II) Emergency Motion of Libby Claimants for Expedited Discovery |
| 46 | 04/10/07 | Adv. Proc. 408 | Royal Indemnity Company's Joinder in the Objections to the Libby Claimants' Emergency Motion Filed by the Debtors and Continental Casualty Company |
| 47 | 04/10/07 | Adv. Proc. 409 | Response of BNSF Railway Company to Emergency Motions of Libby Claimants for Expedited Discovery and to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 48 | 04/13/07 | Adv. Proc. 410 | Order Denying Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 49 | 04/13/07 | Adv. Proc. 411 | Order Denying Emergency Motion of Libby Claimants for Expedited Discovery |
| 50 | 04/13/07 | Adv. Proc. 412 | BNSF Railway Company's Response to Debtors' Motion For Leave To Further Amend Complaint |
| 51 | 04/13/07 | Adv. Proc. 413 | BNSF Railway Company's Response to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 52 | 04/13/07 | Adv. Proc. 414 | Opposition of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 53 | 04/13/07 | Adv. Proc. 415 | Opposition of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion for Leave to Further Amend Complaint |
| 54 | 04/13/07 | Adv. Proc. 416 | Opposition of Libby Claimants to Debtors' Motion for Leave to Further Amend Complaint |
| 55 | 04/13/07 | Adv. Proc. 417 | Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 56 | 04/13/07 | Adv. Proc. 418 | Libby Claimants' Motion in Limine |
| 57 | 04/16/07 | Adv. Proc. 419 | Memorandum Opinion Concerning Order Denying Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 58 | 04/16/07 | Adv. Proc. 420 | Order Denying Debtors' Motion To Expand The Preliminary Injunction To Include Actions Against The State of Montana |
| 59 | 04/16/07 | Main Case 15197 | Memorandum Opinion Concerning Order Denying the State of Montana Relief from the Automatic Stay |

393.001-17839

| 60 | 04/16/07 | Main Case 15198 | Order Denying the State of Montana for Relief from the Automatic Stay |
|---|---|---|---|
| 61 | 04/23/07 | Adv. Proc. 422 | Maryland Casualty Company's Reply in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 62 | 04/24/07 | Adv. Proc. 424 | Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against BNSF |
| 63 | 04/25/07 | Adv. Proc. 425 | Objection of Maryland Casualty Company to the Libby Claimants' Motion in Limine |
| 64 | 04/26/07 | Main Case 15390 | Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 65 | 04/26/07 | Main case 15393 | Motion of State of Montana for Order Shortening Notice Regarding State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 66 | 04/26/07 | Adv. Proc. 426 | State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Debtors' Motion for Expansion of Preliminary Injunction Entered April 16, 2007 |
| 67 | 04/26/07 | Adv. Proc. 427 | Debtors' Motion to Alter and Amend the Court's Order Denying Its Request to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 68 | 04/27/07 | Adv. Proc. 429 | Order Striking Reply Filed by Maryland Casualty Company |
| 69 | 04/27/07 | Adv. Proc. 430 | Order Striking Libby Claimants' Motion in Limine |
| 70 | 04/27/07 | Adv. Proc. 431 | Order Granting Debtors' Motion for Leave to File a Reply |
| 71 | 04/27/07 | Adv. Proc. 432 | Debtors' Reply in Support of Their Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 72 | 04/27/07 | Adv. Proc. 433 | Continental Casualty Company's Motion for Leave to File Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) In Support of Expansion Motion |
| 73 | 04/30/07 | Adv. Proc. 435 | Maryland Casualty Company's Motion for Leave to File a Reply In Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 74 | 05/01/07 | Adv. Proc. 438 | Motion of BNSF for Leave to File a Reply (I) In Further Support of Its Motion for Clarification of the Scope of the Preliminary Injunction, or In the Alternative, for Relief From the Preliminary Injunction and (II) In Further Opposition to the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |

| 75 | 05/03/07 | Main case 15491 | Order Granting the Motion to Shorten Notice with Respect to State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
|---|---|---|---|
| 76 | 05/04/07 | Adv. Proc. 439 | Maryland Casualty Company's Objection to Libby Claimants' Request for Production of Documents Propounded Upon Maryland Casualty Company |
| 77 | 05/09/07 | Adv. Proc. 440 | Continental Casualty Company's Objection to Libby Claimants' Request for Production of Documents Propounded on Continental Casualty Company |
| 78 | 05/10/07 | Adv. Proc. 441 | Royal Indemnity Company's Objection to Libby Claimants' Request for Production of Documents Propounded Upon Royal Indemnity Company |
| 79 | 05/14/07 | Adv. Proc. 442 | Libby Claimants' Objection to Motions Filed by Debtors and State of Montana to Reconsider Order Denying Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 80 | 05/14/07 | Adv. Proc. 443 | Opposition of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' and the State of Montana's Motions to Reconsider the Court's Decision Denying a Stay of Litigation Against Montana |
| 81 | 05/14/07 | Main Case 15647 | Debtors' Objection to the State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion for Relief from Automatic Stay |
| 82 | 05/16/07 | Adv. Proc. 444 | Order Denying Continental Casualty Company's Motion for Leave to File a Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) In Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 83 | 05/17/07 | Main Case 15679 | State of Montana's Motion for Leave to File Reply in Further Support of Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay |
| 84 | 05/22/07 | Main Case 15757 | Order Granting State of Montana's Motion for Leave to File Reply in Further Support of Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay |
| 85 | 05/24/07 | Main Case 15804 | State of Montana's Certification of Counsel on Order Regarding State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |

393.001-17839

| 86 | 05/25/07 | Main Case 15821 | Joinder of the Official Committee of Asbestos Personal Injury Claimants to Montana Plaintiff's Objection to Proposed Order Further Staying the State of Montana Litigation and Objection to Proposed Order Regarding State Of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana Relief from the Automatic Stay Entered April 16, 2007 |
| --- | --- | --- | --- |
| 87 | 05/25/07 | Adv. Proc. 446 | Certification of Debtors' Counsel on Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 88 | 05/25/07 | Main Case 15824<br><br>Adv. Proc. 447 | Montana Plaintiffs' Objection to Proposed Orders Staying the State of Montana and BNSF Litigation |
| 89 | 05/29/07 | Main Case 15876<br><br>Adv. Proc. 448 | Objection of the Official Committee of Asbestos Personal Injury Claimants to Certification of Debtors' Counsel on Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 90 | 05/30/07 | Adv. Proc. 449 | BNSF Railway Company's Certification of Counsel on Order Regarding the Motion of Burlington Northern Santa Fe Railway Company for Clarification of the Scope Of the Preliminary Injunction |
| 91 | 06/01/07 | Adv. Proc. 450 | Objection to Certification of Counsel Submitted by BNSF Railway Company Relating to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, Or in the Alternative, for Relief from the Preliminary Injunction |
| 92 | 06/06/07 | Adv. Proc. 453 | Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 93 | 06/06/07 | Main Case 15969 | Modified Order Regarding State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 94 | 06/12/07 | Adv. Proc. 457 | Order Granting Motion of BNSF Railway Company for Clarification of the Scope of Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 95 | 06/14/07 | Adv. Proc. 458 | Motion of the Official Committee of Asbestos Personal Injury Claimants to Alter and Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |

393.001-17839

| | | | |
|---|---|---|---|
| 96 | 06/18/07 | Adv. Proc. 459 | Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 97 | 06/22/07 | Adv. Proc. 461 | BNSF Railway Company's Joinder in Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 98 | 07/06/07 | Adv. Proc. 462 | Limited Response of State of Montana to Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 99 | 07/06/07 | Adv. Proc. 463 | Debtors' Consolidated Response to Motions to Alter and Amend the Court's Temporary Stay Order Regarding Actions Against BNSF and the State of Montana |
| 100 | 08/06/07 | Adv. Proc. 465 | Certification of Counsel Regarding Amended Order Regarding Motions To Expand The Preliminary Injunction |
| 101 | 08/29/07 | Adv. Proc. 466 | Amended Order Regarding Motions to Expand the Preliminary Injunction |
| 102 | 08/30/07 | Adv. Proc. 467 | Libby Claimants' Notice of Appeal |
| **Transcripts** | | | |
| 103 | 01/03/06 | Main Case 11473 | Transcript of December 19, 2005 Hearing |
| 104 | 06/04/07 | Main Case 15948 | Transcript of May 21, 2007 Hearing |
| 105 | 07/31/07 | Main Case 16445 | Transcript of July 23, 2007 Hearing |

| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE** | | | |
|---|---|---|---|
| Designated No. | Date of Filing | Docket No. | Description |
| 106 | 01/13/06 | 1 | Libby Claimants' Notice of Appeal |
| 107 | 01/19/06 | 3 | Designation of Record and Statement of Issues on Appeal |
| 108 | 01/20/06 | 4 | Amendment to Notice of Appeal |
| 109 | 02/02/06 | 5 | Brief of Libby Claimants |
| 110 | 02/01/06 | 7 | Counter-Designation of State of Montana of Items to be Included in the Record on Appeal and Statement of Issues to Be Presented on Appeal |

9

393.001-17839

| | | | |
|---|---|---|---|
| 111 | 02/01/06 | 8 | Debtors' Designation of Additional Items to be Included in the Record on Appeal |
| 112 | 02/01/06 | 9 | Debtors' Motion to Dismiss Appeal |
| 113 | 02/01/06 | 10 | Joinder of the State of Montana in Debtors' Motion to Dismiss Appeal |
| 114 | 02/01/06 | 11 | Debtors' Counter-Statement of Issues on Appeal |
| 115 | 02/07/06 | 12 | Debtors' Motion to Suspend Briefing Schedule Pending Resolution of Motion to Dismiss |
| 116 | 02/07/06 | 13 | Debtors' Reply in Support of Motion to Dismiss Appeal |
| 117 | 02/07/06 | 14 | Debtors' Amended Motion to Suspend Briefing Schedule Pending Resolution of Motion to Dismiss |
| 118 | 02/09/06 | 15 | Libby Claimants' Response to Debtors' Motion to Dismiss Appeal |
| 119 | 02/10/06 | 16 | Debtors' Motion for Extension of Time |
| 120 | 02/10/06 | 17 | Debtors' Supplemental Brief in Support of Motion to Dismiss Appeal |
| 121 | 02/13/06 | 18 | Order Denying Motion to Stay Briefing Schedule |
| 122 | 02/13/06 | 19 | Joinder of the State of Montana in Debtors' Motion for Extension of Time |
| 123 | 02/15/06 | 20 | Order granting Debtors' Motion for Extension of Time |
| 124 | 03/03/06 | 21 | Brief of the State of Montana |
| 125 | 03/03/06 | 22 | Brief of Debtors |
| 126 | 03/10/06 | 23 | Reply Brief of Libby Claimants |
| 127 | 03/10/06 | 24 | Libby Claimants' Request for Oral Argument |
| 128 | 04/12/06 | 25 | Order Granting Request for Oral Argument |
| 129 | 05/11/06 | 26 | Memorandum and Order Dismissing Appeal and Remanding to Bankruptcy Court |

II.   STATEMENT OF ISSUES ON APPEAL

The Libby Claimants hereby submit the following statement of issues presented by this appeal:

1.   Did the Bankruptcy Court have subject matter jurisdiction to further stay the Libby Claimants' pending litigation against a non-debtor party, the State of Montana (the "State"), notwithstanding the Bankruptcy Court's own prior ruling that subject matter jurisdiction does not exist to enjoin the same litigation and, in any event, where the litigation asserts claims against the State for its own tortious conduct?

10

393.001-17839

2. Did the Bankruptcy Court have subject matter jurisdiction to stay the Libby Claimants' pending litigation against a non-debtor party, BNSF Railway Company and its predecessors, the Great Northern Railway Company, the Burlington Northern Railway Company, and the Burlington Northern & Santa Fe Railway Company ("BNSF"), where the litigation asserts claims against BNSF for its own tortious conduct?

3. Even if the Bankruptcy Court had subject matter jurisdiction to enjoin the litigation, did the Bankruptcy Court err in staying the Libby Claimants' pending litigation against the State and BNSF based solely on the State's and BNSF's own tortious conduct without requiring Debtor W. R. Grace & Co., Inc. to establish grounds for entry of an injunction against independent third-party litigation under the stringent standards established by caselaw?

Dated: September 10, 2007
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Kerri Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN & WHITESELL LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel to the Libby Claimants*

393.001-17839