IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | No. 07-609 |
| | ) | Hon. Ronald L. Buckwalter |
| Debtors. | ) | United States District Judge |
| _____ | ) | |
| | ) | |
| Libby Claimants, et al. , | ) | Appeal from United States Bankruptcy |
| | ) | Court for the District of Delaware |
| Appellants, | ) | |
| | ) | |
| | ) | Case No. 01-01139 (Jointly Administered) |
| v. | ) | Adversary No. A-01-771 (JKF) |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**JOINDER OF THE STATE OF MONTANTA IN DEBTORS'
MOTION TO DISMISS APPEAL**

The State of Montana, by and through its undersigned counsel, hereby joins in Motion of W.R. Grace to Dismiss Appeal.

WHEREFORE, the State of Montana respectfully requests that this Court dismiss the Appeal for lack of jurisdiction under 28 U.S.C. §158(a)(1) and decline to grant permission to appeal the interlocutory Stay Order under 28 U.S.C. §158(a)(3).

Dated: November 13, 2007        Womble Carlyle Sandridge & Rice, PLLC

　　　　　　　　　　　　　　　　　　__/s/ Kevin J. Mangan_____
　　　　　　　　　　　　　　　　　　Francis A. Monaco, Jr. (#2078)
　　　　　　　　　　　　　　　　　　Kevin J. Mangan (#3810)
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1501
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　302-252-4320

　　　　　　　　　　　　　　　　　　-and-

WCSR 3780980v1

Dale R. Cockrell, Esq.
Christensen, Moore, Cockrell, Cummings &
Axelberg, P.C.
P.O. Box 7370
Kalispell, MT 59904
(406) 751-6003

# CERTIFICATE OF SERVICE

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made via hand delivery, electronic notice and U.S. Regular Mail on November 13, 2007 upon:**

**SEE ATTACHED SERVICE LIST**

Under penalty of perjury, I declare hat the foregoing is try and correct.

Dated: November 13, 2007               /s/ Heidi E. Sasso_____
                                       Heidi E. Sasso

-2-

**Hand Delivery**
**(Counsel for BNSF Railway Company)**
**Evelyn Meltzer, Esquire**
**Pepper Hamilton LLP**
**Hercules Plaza, Suite 5100**
**Wilmington, DE 19899**

**First Class Mail**
**(Counsel for BNSF Railway Company)**
**Edward C. Toole, Jr.**
**Anne Marie Aaronson**
**Thomas Spratt**
**Pepper Hamilton LLP**
**3000 Two Logan Square**
**18th & Arch Streets**
**Philadelphia, PA 19103**

**Hand Delivery**
**(Counsel to Debtors and Debtors in Possession)**
**Laura Davis Jones, Esquire**
**James E. O'Neill, Esquire**
**Pachulski Stang Ziehl Young Jones & Weintraub LLP**
**919 North Market Street, 17th Floor**
**Wilmington, DE 19801**

**Hand Delivery**
**(Counsel to Personal Injury Claimants)**
**Marla Eskin, Esquire**
**Campbell & Levine, LLC**
**800 N. King Street**
**#300**
**Wilmington, DE 19801**

**First Class Mail**
**(Counsel to Debtors)**
**David M. Bernick, P.C.**
**Janet S. Baer, Esquire**
**Kirkland & Ellis LLP**
**200 East Randolph**
**Drive Chicago, IL**
**60601**

**First Class Mail**
**(Counsel to Personal Injury Claimants) Elihu Inselbuch, Esquire**
**Rita Tobin, Esquire**
**Caplin & Drysdale, Chartered**
**375 Park Avenue, 35th Floor**
**New York, NY  10152**

**First Class Mail**
**(Counsel to Equity Committee)**
**Peter Van N. Lockwood, Esquire**
**Julie W. Davis, Esquire**
**Trevor W. Swett, III, Esquire**
**Nathan D. finch, Esquire**
**Caplin & Drysdale, Chartered**
**One Thomas circle, N.W.**
**Washington, DC  20005**

**First Class Mail**
**(Counsel to Libby Plaintiffs)**
**Daniel C. Cohn, Esquire**
**Cohn Whitesell & Goldberg LLP**
**101 Arch Street**
**Boston, MA  02110**

**Kerri King Mumford**
**Landis Rath & Cobb LLP**
**919 Market Street, Suite 600**
**P.O. Box 2087**
**Wilmington, DE 19899**
**(302) 467-4400**
**Fax: (302)467-4450**

WCSR 3781196v1